Certificate Number: 14912-PAW-DE-031787233

Bankruptcy Case Number: 18-22794



14912-PAW-DE-031787233

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 20, 2018</u>, at <u>10:24</u> o'clock <u>AM EDT</u>, <u>Matthew Brown</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>October 20, 2018</u>         By:   <u>/s/Jai Bhatt</u>

Name:   <u>Jai Bhatt</u>

Title:   <u>Counselor</u>