Certificate Number: 14912-PAW-DE-031787234

Bankruptcy Case Number: 18-22794



14912-PAW-DE-031787234

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 20, 2018, at 10:24 o'clock AM EDT, Beth Brown completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: October 20, 2018

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor