UNITED STATES BANKRUPTCY COURT
FOR THE **WESTERN DISTRICT OF PENNSYLVANIA**
(Pittsburgh)

| IN RE: **Matthew J. Brown** | | Case No**: 18-22794** |
| **Beth Brown** | | Judge: Gregory L. Taddonio |
| | | Chapter 13 |

CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

I, the undersigned, hereby certify that, on May 27, 2022, a true and correct copy of the Amended Notice of Mortgage Payment Change was electronically served upon the following using the Court's CM/ECF system:

Debtor's Attorney: **Brad L. Hamric**
Trustee: **Ronda J. Winnecour**
Office of the United States Trustee

Further, I certify that, on May 27, 2022, a true and correct copy of the Notice of Mortgage Payment Change was forwarded via U.S. Mail, first class postage prepaid and properly addressed to the following at the address shown below:

**Matthew J. Brown**          3812 McLean Dr McKeesport, PA 15133
**Beth Brown**

By: /s/ Vicki Pringle
Vicki Pringle
PNC Bank, N.A.
3232 Newmark Drive
Miamisburg Ohio 45342
866-754-0659