FILED
6/30/2022 4:21 p.m..
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
FOR THE **WESTERN DISTRICT OF PENNSYLVANIA**
(Pittsburgh)

| IN RE: **Matthew J. Brown** | | Case No: **18-22794** |
| Beth Brown | | Judge: Gregory L. Taddonio |
| | | Chapter 13 |

WITHDRAWAL
CERTIFICATE OF SERVICE OF
Notice of Mortgage Payment Change

  Matthew J. Brown and Beth Brown are the mortgagees on PNC Mortgage loan xxxx7695. Please withdraw the Amended Certificate of Service that was filed on June 30, 2022 as it was filed in error.

If there are any questions concerning this request please feel free to contact me at 1-866-754-0659.

Thank you in advance for your assistance in this matter.

By: /s/ Vicki Pringle
Vicki Pringle
PNC Bank, N.A.
3232 Newmark Drive
Miamisburg Ohio 45342
866-754-0659