**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  MATTHEW J. BROWN<br>BETH BROWN<br>         Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>         Movant<br>            vs.<br>  MATTHEW J. BROWN<br>BETH BROWN<br><br>         Respondents | Case No. 18-22794GLT<br><br>Chapter 13<br><br>Document No.  58 |

FILED
7/20/23 2:26 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this  20th  day of  July , 2023, it is hereby ORDERED, ADJUDGED, and DECREED that,

Allegheny County*
Attn:Controller'S Office Rm#2*
436 Grant St 104 Courthouse*
Pittsburgh,PA 15219-

is hereby ordered to immediately terminate the attachment of the wages of MATTHEW J. BROWN, social security number XXX-XX-5790.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of MATTHEW J. BROWN.

Dated: 7/20/23

BY THE COURT:

_____
GREGORY  TADDONIO, CHIEF JUDGE
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)

United States Bankruptcy Court
Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22794-GLT |
| Matthew J. Brown | Chapter 13 |
| Beth Brown | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 20, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Brown, Beth Brown, 3812 McLean Dr, McKeesport, PA 15133-1002 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2023              Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad L. Hamric | |
| | on behalf of Joint Debtor Beth Brown hamriclaw@comcast.net |
| Brad L. Hamric | |
| | on behalf of Debtor Matthew J. Brown hamriclaw@comcast.net |
| Brian Nicholas | |
| | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-2  User: auto  Page 2 of 2
Date Rcvd: Jul 20, 2023  Form ID: pdf900  Total Noticed: 1

cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com

TOTAL: 7