**Fill in this information to identify the case:**

Debtor 1    Beth  Brown

Debtor 2    Matthew J. Brown
(Spouse, if filing)

United States Bankruptcy Court for the: <u>Western</u> District of <u>PA</u>

Case number  <u>18-22794 GLT</u>

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | Mortgage Information |
|---|---|

Name of Creditor:    PNC BANK NATIONAL ASSOCIATION          Court claim no. (if known):   3-1

**Last 4 digits** of any number you use to identify the debtor's account:    7695
**Property address:**

3812 McLean Drive
McKeesport, PA 15133

| Part 2: | Prepetition Default Payments |
|---|---|

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the
creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this          $ _____
response is:

| Part 3: | Postpetition Mortgage Payment |
|---|---|

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with
§ 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:        10 / 01 / 2023

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees,
charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.   Total postpetition ongoing payments due: | (a) | $ _____ |
| b.   Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ _____ |
| c.   **Total.** Add lines a and b. | (c) | $ _____ |

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Debtor(s)  Beth  Brown  and  Matthew J. Brown
        First Name    Middle Name    Last Name

Case Number *(if known)*: 18-22794 GLT

---

**Part 4:** | **Itemized Payment History**

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

**Part 5:** | **Sign Here**

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/Brian C. Nicholas (Atty ID: 317240)
Brian Nicholas
27 Sep 2023, 13:17:26, EDT

Date    09/27/2023

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

---

Document ID: 9753e4e5e1467c25de2bee1b4917c4a0aa7f313395c1cc9819076aa0ed60d75b

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PA DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Matthew J. Brown<br>    Beth Brown<br><br>                  **Debtor(s)**<br><br>**PNC BANK NATIONAL ASSOCIATION**<br>                  **Movant**<br><br>    **vs.**<br><br>**Matthew J. Brown**<br>**Beth Brown**<br><br>                  **Debtor(s)**<br><br>**Ronda J. Winnecour**,<br><br>                  **Trustee** | **BK NO. 18-22794 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3-1** |

## CERTIFICATE OF SERVICE
## RESPOSNE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>September 28, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Beth Brown
3812 McLean Drive
McKeesport, PA 15133

Matthew J. Brown
3812 McLean Drive
McKeesport, PA 15133

<u>Attorney for Debtor(s) (via ECF)</u>
BRAD L. HAMRIC, ESQUIRE
BRAD HAMRIC, P.C. MOWRY BUILDING
90 Clairton Boulevard
Pittsburgh, PA 15236

<u>Trustee (via ECF)</u>
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first-class mail.

Dated: <u>September 28, 2023</u>

                  */s/ Brian C. Nicholas*
                  Brian C. Nicholas, Esquire
                  Attorney I.D. 317240
                  KML Law Group, P.C.
                  BNY Mellon Independence Center
                  701 Market Street, Suite 5000
                  Philadelphia, PA 19106
                  201-549-5366
                  bnicholas@kmllawgroup.com