**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MATTHEW J. BROWN<br>BETH BROWN<br>      Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>      Movant<br>      vs.<br>No Respondents. | Case No.:18-22794<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

September 26, 2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/11/2018 and confirmed on 8/24/18. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 122,110.00 |
| Less Refunds to Debtor | 10.34 | |
| TOTAL AMOUNT OF PLAN FUND | | 122,099.66 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,310.00 | |
| Trustee Fee | 5,725.39 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,035.39 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 52,633.95 | 0.00 | 52,633.95 |
| Acct: 7695 | | | | |
| PNC BANK NA | 825.40 | 825.40 | 0.00 | 825.40 |
| Acct: 7695 | | | | |
| IRVIN WORKS FCU (NOW STEEL STRONG | 32,892.29 | 32,892.29 | 3,693.50 | 36,585.79 |
| Acct: 6032 | | | | |
| IRVIN WORKS FCU (NOW STEEL STRONG | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6032 | | | | |
| | | | | 90,045.14 |
| **Priority** | | | | |
| BRAD HAMRIC ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW J. BROWN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MATTHEW J. BROWN | 10.34 | 10.34 | 0.00 | 0.00 |
| Acct: | | | | |
| BRAD HAMRIC ESQ | 2,310.00 | 2,310.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | ***NONE*** | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY(*) | 414.50 | 398.27 | 0.00 | 398.27 |
| Acct: 6985 | | | | |
| CITIBANK NA** | 1,852.61 | 1,780.05 | 0.00 | 1,780.05 |
| Acct: 8060 | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 559.26 | 537.36 | 0.00 | 537.36 |
| Acct: 0422 | | | | |
| IRVIN WORKS FCU (NOW STEEL STRONG | 9,798.74 | 9,414.96 | 0.00 | 9,414.96 |

18-22794                                                                                            Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     Acct: 6022 | | | | |
|     IRVIN WORKS FCU (NOW STEEL STRONG | 8,658.70 | 8,319.57 | 0.00 | 8,319.57 |
|     Acct: 0025 | | | | |
|     IRVIN WORKS FCU (NOW STEEL STRONG | 2,003.12 | 1,924.67 | 0.00 | 1,924.67 |
|     Acct: 6042 | | | | |
|     CAPITAL ONE NA** | 896.53 | 861.41 | 0.00 | 861.41 |
|     Acct: 0183 | | | | |
|     SOFI LENDING CORP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PRA/PORTFOLIO RECOVERY ASSOC | 609.00 | 585.15 | 0.00 | 585.15 |
|     Acct: 0953 | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 205.75 | 197.69 | 0.00 | 197.69 |
|     Acct: 4299 | | | | |
|     SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 24,019.13 |

| TOTAL PAID TO CREDITORS | | | | 114,064.27 |
|---|---|---|---|---:|

TOTAL CLAIMED
PRIORITY          0.00
SECURED      33,717.69
UNSECURED    24,998.21

Date: 09/26/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
   MATTHEW J. BROWN
   BETH BROWN
        Debtor(s)

Ronda J. Winnecour
       Movant
      vs.
No Repondents.

Case No.:18-22794

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22794-GLT |
| Matthew J. Brown | Chapter 13 |
| Beth Brown | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Brown, Beth Brown, 3812 McLean Dr, McKeesport, PA 15133-1002 |
| 14879561 | | CBNA Best Buy, 50 NW Point Rd, Prospect Heights, IL 60070 |
| 14879565 | | Irwin Works FCU, 1301 Camp Hollow Rd, Dravosburg, PA 15034 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14912021 | | Email/PDF: bncnotices@becket-lee.com | Sep 29 2023 01:29:01 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14917674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 29 2023 01:28:27 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14879564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 29 2023 01:12:00 | Commenity Bank, Box 182789, Columbus, OH 43218-2789 |
| 14913890 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 29 2023 01:14:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14879563 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:08:38 | Chase Card, Box 15298, Wilmington, DE 19850 |
| 14879562 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 29 2023 01:08:38 | Chase, Box 15298, Wilmington, DE 19850 |
| 14879566 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 29 2023 01:11:00 | Kohls, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14912808 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14879567 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2023 01:11:00 | PNC Mortgage, Box 8703, Dayton, OH 45401 |
| 14914015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 29 2023 02:54:02 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14879889 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 29 2023 02:53:32 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905900 | + | Email/Text: ebnpeoples@grblaw.com | Sep 29 2023 01:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14913487 | | Email/Text: bnc-quantum@quantum3group.com | Sep 29 2023 01:13:00 | Quantum3 Group LLC as agent for, Comenity |

Case 18-22794-GLT   Doc 66   Filed 09/30/23   Entered 10/01/23 00:29:52   Desc Imaged
Certificate of Notice   Page 6 of 6

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| Recip ID | Bypass Reason | Name and Address | | |
|---|---|---|---|---|
| 14879568 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Sep 29 2023 02:54:01 | Bank, PO Box 788, Kirkland, WA 98083-0788<br>SOFI, 375 Heraldsburg Ave, Healdsburg, CA 95448-4119 |
| 14879569 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 29 2023 01:08:39 | Synchrony Bank Care Credit, 950 Forrer Blvd, Dayton, OH 45420-1469 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14913971 | ##+ | Irvin Works Federal Credit Union, PO Box 250, Dravosburg, PA 15034-0250 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad L. Hamric | on behalf of Joint Debtor Beth Brown hamriclaw@comcast.net |
| Brad L. Hamric | on behalf of Debtor Matthew J. Brown hamriclaw@comcast.net |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |

TOTAL: 7