IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MATTHEW J. BROWN
BETH BROWN
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

FILED
11/14/23 2:11 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Case No.:18-22794

Chapter 13

Related to Dkt. No. 62

ORDER OF COURT

  AND NOW, this 14th day of November, 2023, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

# ENTERED BY DEFAULT

BY THE COURT:

_____ jah
GREGORY L. TADDONIO
CHIEF UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-22794-GLT |
| Matthew J. Brown | Chapter 13 |
| Beth Brown | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 19 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew J. Brown, Beth Brown, 3812 McLean Dr, McKeesport, PA 15133-1002 |
| 14879561 | | CBNA Best Buy, 50 NW Point Rd, Prospect Heights, IL 60070 |
| 14879565 | | Irwin Works FCU, 1301 Camp Hollow Rd, Dravosburg, PA 15034 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2023 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14912021 | | Email/PDF: bncnotices@becket-lee.com | Nov 15 2023 00:33:13 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14917674 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2023 00:32:55 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14879564 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 15 2023 00:27:00 | Commenity Bank, Box 182789, Columbus, OH 43218-2789 |
| 14913890 | + | Email/Text: kburkley@bernsteinlaw.com | Nov 15 2023 00:28:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14879563 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:44:40 | Chase Card, Box 15298, Wilmington, DE 19850 |
| 14879562 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2023 00:32:53 | Chase, Box 15298, Wilmington, DE 19850 |
| 14879566 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 15 2023 00:25:00 | Kohls, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 14912808 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2023 00:25:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14879567 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 15 2023 00:25:00 | PNC Mortgage, Box 8703, Dayton, OH 45401 |
| 14914015 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 15 2023 00:33:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14879889 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 15 2023 01:11:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14905900 | + | Email/Text: ebnpeoples@grblaw.com | Nov 15 2023 00:25:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14913487 | | Email/Text: bnc-quantum@quantum3group.com | Nov 15 2023 00:27:00 | Quantum3 Group LLC as agent for, Comenity |

Case 18-22794-GLT    Doc 70    Filed 11/16/23    Entered 11/17/23 00:33:52    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14879568 | + | Email/PDF: SoFiBKNotifications@resurgent.com | Nov 15 2023 00:33:29 | SOFI, 375 Heraldsburg Ave, Healdsburg, CA 95448-4119 |
| 14879569 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2023 00:33:05 | Synchrony Bank Care Credit, 950 Forrer Blvd, Dayton, OH 45420-1469 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC Bank National Association |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14913971 | ##+ | Irvin Works Federal Credit Union, PO Box 250, Dravosburg, PA 15034-0250 |

TOTAL: 1 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brad L. Hamric | on behalf of Joint Debtor Beth Brown hamriclaw@comcast.net |
| Brad L. Hamric | on behalf of Debtor Matthew J. Brown hamriclaw@comcast.net |
| Brian Nicholas | on behalf of Creditor PNC Bank National Association bnicholas@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |

TOTAL: 7